UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00254

**Harold L. Rose, Jr.,**
*Plaintiff,*

v.

**Henderson County Jail,**
*Defendant.*

**O R D E R**

Plaintiff Harold L. Rose, Jr., proceeding pro se, filed this action complaining about the conditions of his confinement at Henderson County Jail. Doc. 3. The case was referred to a magistrate judge, who ordered plaintiff to file an amended complaint presenting a short and plain statement of his claims. Doc. 7. The magistrate judge also ordered plaintiff to pay the statutory filing fee or file a motion for leave to proceed in forma pauperis. Doc. 6. Plaintiff did not comply with or respond to either order.

After giving plaintiff time to comply, the magistrate judge issued a report recommending dismissal of plaintiff's lawsuit without prejudice for failure to state a claim. Doc. 8 at 4. The magistrate judge explained that defendant, Henderson County Jail, has no separate legal existence apart from the county and thus cannot be sued in its own name. *Id.* at 2. Moreover, the report concluded that plaintiff's allegations were insufficient to state a claim against the county. *Id.* at 2–3.

Plaintiff did not file timely objections. When no party timely objects to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that it contains no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot. The clerk is directed to send a copy of this order to

- 1 -

- 2 -

the administrator of the three-strikes list for the U.S. District Court for the Eastern District of Texas.

*So ordered by the court on September 30, 2025.*

J. CAMPBELL BARKER
United States District Judge